IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOE TALLY and TALLY STUDENT SERVICES, LLC                    PLAINTIFFS

VS.                                    CIVIL ACTION NO. 3:08CV00714-TSL - JCS

WALSWORTH PUBLISHING COMPANY                                  DEFENDANT

ORDER OF DISMISSAL

Upon motion to dismiss filed by plaintiffs Joe Tally and Tally Student Services, LLC, consented to by defendant Walsworth Publishing Company, IT IS HEREBY ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

ORDERED AND ADJUDGED this the 23rd day of February, 2009.


/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE